

# IN THE
# TENTH COURT OF APPEALS

## No. 10-13-00132-CR

**KRISTINA MARIE GAMMILL,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 40th District Court
### Ellis County, Texas
### Trial Court No. 36768CR

## ABATEMENT ORDER

Kristina Marie Gammill was convicted of possession of marijuana and sentenced to 730 days in State Jail. She was represented at trial by retained counsel. The Court has learned that Gammill is no longer represented by counsel on appeal. Further, the reporter's record which is due in this Court on June 11, 2013 has not been requested by Gammill.

Accordingly, this appeal is abated to the trial court to hold a hearing within 28 days from the date of this order to consider whether Gammill is indigent and if so,

whether to appoint counsel for Gammill. Supplemental Clerk's and Reporter's Records

containing the trial court's written or oral findings and rulings are ordered to be filed

within **42 days** from the date of this order.


PER CURIAM

Before Chief Justice Gray,
  Justice Davis, and
  Justice Scoggins
Appeal abated
Order issued and filed May 30, 2013